564

OCTOBER TERM, 1903.

Cases Disposed of Without Consideration by the Court. 191 U. S.

Mr. David D. Duncan from plaintiff in error. Mr. F. E. Albright for defendants in error:

---

No. 70. ARMOUR PACKING COMPANY ET AL., APPELLANTS, v. B. T. ADAMS ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. November 9, 1903. Dismissed with costs, pursuant to the tenth rule. Mr. Marion W. Harris for appellants. Mr. Olin J. Wimberly for appellees.

---

No. 82. JOHN M. CLAPP, APPELLANT, v. HENRY B. F. MAC-FARLAND ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. Appeal from the Court of Appeals of the District of Columbia. November 11, 1903. Dismissed with costs, pursuant to the tenth rule. Mr. M. J. Colbert for appellants. No appearance for appellees.

---

No. 167. JAMES D. DEWELL ET AL., ETC., PLAINTIFFS IN ERROR, v. JOHN W. MIX. In error to the Circuit Court of the United States for the District of Connecticut. November 30, 1903. Dismissed with costs, per stipulation, on motion of Mr. Solicitor General Hoyt for the defendant in error. Mr. James D. Dewell, Jr., for plaintiffs in error. The Attorney General for defendant in error.

---

No. 495. ENSENADA ESTATE, PLAINTIFF IN ERROR, v. FRANCIS H. DEXTER. In error to the District Court of the United States for the District of Porto Rico. November 30, 1903. Docketed and dismissed with costs, on motion of Mr. Frederic D. McKenney for the defendant in error. No counsel opposing.